IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

OLIVIA MCMULLEN                                                                                    PLAINTIFF

v.                                         Case No. 6:18-cv-6126

CODY BETHELL, in his
individual and official capacity;
and SHERIFF JASON WATSON,
in his individual and official capacity                                                        DEFENDANTS

## JUDGMENT

Pursuant to the reasons set forth in the Memorandum Opinion in this case of even date, the Court finds that the Clark County Defendants' Motion for Summary Judgment (ECF No. 23) should be and is hereby **GRANTED**. Accordingly, all of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge